# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-0468-TJH | Date | OCTOBER 4, 2023 |
|---|---|---|---|

**Present: The Honorable** TERRY J. HATTER, JR. UNITED STATES DISTRICT JUDGE PRESIDING

**Interpreter** N/A

| YOLANDA SKIPPER | NOT REPORTED | BRITTNEY M. HARRIS (Not Present) |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| | U.S.A. v. Defendant(s): | Present | Cust. | Bond | | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|---|
| 2. | HAYK MARTIROSYAN | NOT | ✗ | | 2. | GEORGE G. MGDESYAN | NOT | | ✗ |

**Proceedings:**   IN CHAMBERS  - NOTICE TO ALL PARTIES

Counsel are hereby notified that on the Court's own motion, the status conference currently scheduled for October 9, 2023, is hereby ordered continued to **OCTOBER 16, 2023 at 10:00 a.m.**

IT IS SO ORDERED.

CC: all parties, USPO, PTS

CR 11) **CRIMINAL MINUTES - GENERAL**                                              Initials of Deputy Clerk <u>YS</u>