UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:23-cr-00468-TJH-2 | Date: 9/29/2023 |
| Present: The Honorable: Michael R. Wilner | |
| Interpreter Ani Amiryan | Language Armenian |
| James Munoz | 09/29/2023 | Sarah Spielberger |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | ✓ Present | In Custody | Attorneys for Defendants: | ✓ Present | Retained |
|---|---|---|---|---|---|
| Hayk Martirosyan | | | Mgdesyan, George G. | | |

**Proceedings:** Arraignment of Defendant and/or    Assignment of Case    Appointment of Counsel

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Ani Amiryan; Language: Armenian
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Terry J. Hatter.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/14/2023 10:00 AM; Status Conference: 10/16/2023 10:00 AM
* Judge Hatter is located in 9C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA     PSAED     PSASA
  ✓ USMLA   USMED   USMSA
  Statistics Clerk    ✓ Interpreter
  CJA Supervising Attorney   Fiscal

Appointment of Counsel: _____ : _____
Arraignment: 00 : 06
Initials of Deputy Clerk: JM by ER