E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BRITTNEY M. HARRIS (Cal. Bar No. 294650)
Assistant United States Attorney
Deputy Chief, International Narcotics,
Money Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0488
     Facsimile: (213) 894-0141
     E-mail:    Brittney.Harris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00468-TJH-2 |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT  [25] |
| v. | |
| HAYK MARTIROSYAN, | **[PROPOSED] TRIAL DATE: 01/30/24** |
| Defendant. | *[NOTE CHANGES MADE BY COURT]* |

1  The Court has read and considered the Stipulation Regarding
2 Request for (1) Continuance of Trial Date and (2) Findings of
3 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the
4 parties in this matter on October 12, 2023.  The Court hereby finds
5 that the Stipulation, which this Court incorporates by reference into
6 this Order, demonstrates facts that support a continuance of the
7 trial date in this matter, and provides good cause for a finding of
8 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
9  The Court further finds that:  (i) the ends of justice served by
10 the continuance outweigh the best interest of the public and
11 defendant in a speedy trial; (ii) failure to grant the continuance
12 would be likely to make a continuation of the proceeding impossible,
13 or result in a miscarriage of justice; and (iii) failure to grant the
14 continuance would unreasonably deny defendant continuity of counsel
15 and would deny defense counsel the reasonable time necessary for
16 effective preparation, taking into account the exercise of due
17 diligence.
18  THEREFORE, FOR GOOD CAUSE SHOWN:
19  1.  The trial in this matter is continued from November 14,
20 2023 to **January 30, 2024, at 10:00 a.m.** The pretrial conference
21 hearing is continued to **January 8, 2024, at 10:00 a.m.**
22  2.  The time period of the date of this Order to January 30,
23 2024, inclusive, is excluded in computing the time within which the
24 trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
25 (h)(7)(B)(i), and (B)(iv).
26  3.  Nothing in this Order shall preclude a finding that other
27 provisions of the Speedy Trial Act dictate that additional time
28 periods are excluded from the period within which trial must

commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

OCTOBER 12, 2023
DATE

HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Brittney M. Harris
BRITTNEY M. HARRIS
Assistant United States Attorney