1 | E. MARTIN ESTRADA
United States Attorney
2 | MACK E. JENKINS
Assistant United States Attorney
3 | Chief, Criminal Division
BRITTNEY M. HARRIS (Cal. Bar No. 294650)
4 | Assistant United States Attorney
Deputy Chief, International Narcotics,
5 | Money Laundering, and Racketeering Section
    1400 United States Courthouse
6 |    312 North Spring Street
    Los Angeles, California 90012
7 |    Telephone:  (213) 894-0488
    Facsimile:  (213) 894-0141
8 |    E-mail:     Brittney.Harris@usdoj.gov

9 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

10

11 |                    UNITED STATES DISTRICT COURT

12 |              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,            No. 23-00468-TJH

14 |         Plaintiff,                   STIPULATION REGARDING REQUEST FOR
                                         (1) CONTINUANCE OF TRIAL DATE AND
15 |         v.                           (2) FINDINGS OF EXCLUDABLE TIME
                                         PERIODS PURSUANT TO SPEEDY TRIAL
16 | HAYK MARTIROSYAN,                    ACT

17 |         Defendant.                   **CURRENT TRIAL DATE:**   01/30/24
                                         **PROPOSED TRIAL DATE:**  02/20/24
18

19

20 |      Plaintiff United States of America, by and through its counsel

21 | of record, the United States Attorney for the Central District of

22 | California and Assistant United States Attorney Brittney M. Harris,

23 | and defendant Hayk Martirosyan ("defendant"), both individually and

24 | by and through his counsel of record, George G. Mgdesyan, Esq.,

25 | hereby stipulate as follows:

26 |      1.   Defendant first appeared before a judicial officer of the

27 | court pursuant to a Criminal Complaint on September 11, 2023. The

28 | Indictment was filed on September 22, 2023.  The Speedy Trial Act, 18

1  U.S.C. § 3161, originally required that the trial commence on or

2  before December 1, 2023.  Co-defendant Samvel Grigroyan is currently

3  a fugitive.

4       2.   On September 29, 2023, the Court set a trial date of

5  November 14, 2023, at 10:00 a.m.  A pretrial conference was

6  subsequently scheduled for October 16, 2023, at 10:00 a.m.  The Court

7  subsequently continued the trial to January 30, 2024, and the

8  pretrial conference to January 8, 2024, at 10:00 a.m., and found the

9  interim time to be excluded under the Speedy Trial Act.

10      3.   Defendant is detained pending trial. The parties estimate

11 that the trial in this matter will last approximately two days.

12      4.   By this stipulation, defendant moves to continue the trial

13 date to February 20, 2024, at 10:00 a.m., and the pretrial conference

14 to February 12, 2024, at 10:00 a.m.  This is the second request for a

15 continuance.

16      5.   Defendant requests the continuance based upon the following

17 facts, which the parties believe demonstrate good cause to support

18 the appropriate findings under the Speedy Trial Act:

19           a.   Defendant is charged with a violation of 18 U.S.C.

20 §§ 371, 1960: Unlicensed Money Transmitting Business; Conspiracy.

21 The government has prepared discovery for the defense should it be so

22 requested, including reports, recordings, and photographs.  The

23 government has provided approximately 800 items of discovery to

24 defense, including audio recordings, transcripts, reports, and other

25 items.

26           b.   On September 15, 2023, defendant's current counsel

27 substituted in as counsel of record.  Defense counsel is presently

28 scheduled to be in the following trials: United States v. Darbinyan,

1    et al., CR No. 22-00034-CJC, which is scheduled to commence on

2    January 23, 2024, and United States v. Airapetian, CR No. 23-00243-

3    RGK, which is scheduled to commence on January 30, 2024.

4    Accordingly, counsel represents that he will not have the time that

5    he believes is necessary to prepare to try this case on the current

6    trial date.

7           c.   In light of the foregoing, counsel for defendant also

8    represents that additional time is necessary to confer with

9    defendant, conduct and complete an independent investigation of the

10   case, conduct and complete additional legal research including for

11   potential pre-trial motions, review the discovery and potential

12   evidence in the case, and prepare for trial in the event that a

13   pretrial resolution does not occur. Defense counsel represents that

14   failure to grant the continuance would deny him reasonable time

15   necessary for effective preparation, taking into account the exercise

16   of due diligence.

17          d.   Defendant believes that failure to grant the

18   continuance will deny him continuity of counsel and adequate

19   representation.

20          e.   The government does not object to the continuance.

21          f.   The requested continuance is not based on congestion

22   of the Court's calendar, lack of diligent preparation on the part of

23   the attorney for the government or the defense, or failure on the

24   part of the attorney for the Government to obtain available

25   witnesses.

26    6.   For purposes of computing the date under the Speedy Trial

27   Act by which defendant's trial must commence, the parties agree that

28   the time period of the date of the Court's corresponding order to

1  February 20, 2024, inclusive, should be excluded pursuant to 18

2  U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the

3  delay results from a continuance granted by the Court at defendant's

4  request, without government objection, on the basis of the Court's

5  finding that: (i) the ends of justice served by the continuance

6  outweigh the best interest of the public and defendant in a speedy

7  trial; (ii) failure to grant the continuance would be likely to make

8  a continuation of the proceeding impossible, or result in a

9  miscarriage of justice; and (iii) failure to grant the continuance

10  would unreasonably deny defendant continuity of counsel and would

11  deny defense counsel the reasonable time necessary for effective

12  preparation, taking into account the exercise of due diligence.

13      7.   Nothing in this stipulation shall preclude a finding that

14  other provisions of the Speedy Trial Act dictate that additional time

15  periods be excluded from the period within which trial must commence.

16  Moreover, the same provisions and/or other provisions of the Speedy

17  Trial Act may in the future authorize the exclusion of additional

18  time periods from the period within which trial must commence.

19      IT IS SO STIPULATED.

20   Dated: December 22, 2023          Respectfully submitted,

21                                     E. MARTIN ESTRADA
                                       United States Attorney
22
                                       MACK E. JENKINS
23                                     Assistant United States Attorney
                                       Chief, Criminal Division
24

25                                          /s/ Brittney M. Harris
                                       BRITTNEY M. HARRIS
26                                     Assistant United States Attorney

27                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
28

4

1    I am Hayk Martirosyan's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than February 20, 2024 is an

7  informed and voluntary one.

8  _____          _12/29/24_____

9  GEORGE G. MGDESYAN, ESQ.                    Date
   Attorney for Defendant

10 HAYK MARTIROSYAN

11

12    This agreement has been read to me in Armenian, the language I

13 understand best, and I have carefully discussed every part of it with

14 my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than February 20, 2024.

17 _____          _12/29/24_____

18 HAYK MARTIROSYAN                            Date
   Defendant

19

20                    **CERTIFICATION OF INTERPRETER**

21    I, George Mgdesyan , am fluent in the written and spoken English

22 and Armenian languages.  I accurately translated this entire

23 agreement from English into Armenian to defendant Hayk Martirosyan on

24 this date.

25 _____          _12/29/24_____

26 INTERPRETER                                 Date

27

28

5